**Expedited hearing shall be held on 1/22/2015 at 02:00 PM in Austin Courtroom 1. Movant is responsible for notice.**



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 22, 2015**

_____
          **TONY M. DAVIS**
          **UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: IMAGE TRENDS, INC., | § | |
| | § | CASE NO. 14-11583-TMD |
| Debtor. | § | |

**ORDER GRANTING DEBTOR'S**
**MOTION TO EXPEDITE MOTION TO CONVERT CASE TO CHAPTER 11**

CAME ON FOR CONSIDERATION the Motion to Expedite Motion to Convert Case to Chapter 11 (the "**Motion**"), filed by Image Trends, Inc. on January 21, 2015. The Court finds that the Motion should be granted as set forth below.

IT IS, THEREFORE, ORDERED that the Motion to Convert Case to Chapter 11 is scheduled for expedited hearing on the date and time listed above.

# # #

PREPARED BY:
Eric J. Taube
State Bar No. 19679350
Morris D. Weiss
State Bar No. 21110850
HOHMANN, TAUBE & SUMMERS, LLP
100 Congress Ave., Suite 1800
Austin, Texas 78701
512 472 5997 – phone
512 472 5248 – fax
 Email:   erict@hts-law.com
       morrisw@hts-law.com

PROPOSED COUNSEL TO DEBTOR