**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| | § | |
| In re: | § | |
| | § | |
| IMAGE TRENDS INC., | § | Case No. 14-11583 |
| | § | |
| Debtor. | § | |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that Astral Images Corporation, a creditor and party-in-interest, hereby appears in the above-captioned matter by its counsel Sheppard Mullin Richter & Hampton LLP, and requests, pursuant to sections 102(1), 342 and 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), that any and all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered and served upon the following:

> Sheppard Mullin Richter & Hampton LLP
> Attn:  Edward H. Tillinghast, III, Esq.
>            Blanka K. Wolfe, Esq.
> 30 Rockefeller Plaza
> New York, New York 10112
> Tel: 212-653-8700
> Fax: 212-653-8701
> E-mail:  etillinghast@sheppardmullin.com
>                bwolfe@sheppardmullin.com

PLEASE TAKE FURTHER NOTICE, that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, messenger, overnight mail (e.g., Federal Express), telephone, telegram, facsimile or otherwise, which

may affect or seek to affect in any way any of Astral Images Corporation's rights or interests, including, without limitation, any disclosure statements and plans filed under chapter 11 of the Bankruptcy Code, and any other documents with respect to the Debtor's property or proceeds thereof in which the Debtor may claim an interest, as filed in this bankruptcy case.  *The undersigned also requests that the above referenced names and corresponding addresses be added to the mailing matrix for the Debtor in this bankruptcy case.*

PLEASE TAKE FURTHER NOTICE, that neither this Notice of Appearance and Request for Service of Papers (the "**Notice**"), nor any other appearances, pleadings, proofs of claim, claims, or suits filed by Astral Images Corporation shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any case, controversy or proceeding, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which right, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:    January 22, 2015
          New York, New York

            SHEPPARD MULLIN RICHTER & HAMPTON LLP

            By:  /s/ Edward H. Tillinghast, III
                Edward H. Tillinghast, III, Esq.
                Blanka K. Wolfe, Esq.
                30 Rockefeller Plaza
                New York, New York 10112
                Tel: 212-653-8700
                Fax: 212-653-8701
                E-mail:  etillinghast@sheppardmullin.com
                        bwolfe@sheppardmullin.com

            *Counsel for Astral Images Corporation*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served or caused to be served a true and correct copy of this Motion upon each attorney of record in this case and the U.S. Trustee assigned to the above-referenced case by first class mail or ECF notice on January 22 2015.

            By:   /s/ Edward H. Tillinghast, III

            Edward H. Tillinghast, III
            Sheppard Mullin Richter & Hampton, LLP
            30 Rockefeller Plaza
            New York, New York 10112
            Telephone: (212) 653-8700
            Facsimile: (212) 653-8701
            etillinghast@sheppardmullin.com

### SERVICE LIST

**Debtor**
Image Trends, Inc.
Building One, Suite 450
6300 Bridgepoint Parkway
Austin, TX 78730

**Government Entities**
U.S. Trustee *(via ECF)*
903 San Jacinto Blvd., Suite 230
Austin, TX 78701

California Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0501

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

State of Texas Franchise Tax
Central Services Building
1711 San Jacinto Blvd., Suite 180
Austin, TX 78701-1416

Texas Emerging Technology Fund
Office of the Governor
PO Box 12428
Austin, TX 78711

Travis Central Appraisal District
PO Box 149012
Austin, TX 78714-9012

**Counsel to Petitioning Creditors**
Stephen W. Sather
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, TX 78701

**Counsel to Warren Lieberfarb**
Norton Rose Fulbright
Attn: Greg Wilkes
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784
*Via email by consent to* greg.wilkes
@nortonrosefulbright.com

**Employees**
Albert Edgar
3912 Eaton Avenue
Austin, TX 78727

Amanda Cook
6263 McNeil Drive
Apt # 1536
Austin, TX 78729

Darryl R. Polk
9102 Balcones Club Drive
Austin, TX 78750

Martin Potucek
9440 Altona Way
Austin, TX 78767

Michael Wilder
11011 West Cave Blvd.
Dripping Springs, TX 78620

Wayne Galella
10703 Callanish Park Drive
Austin, TX 78750

**Other Creditors**
ADP, LLC
1ADP Drive
MS-100
Augusta, GA 30909

Alteran, Inc.
Mr. Steve Crouch
9420 Lurline Ave., Ste C
Chatsworth, CA 91311

American Express
PO Box 650448
Dallas, TX 75266

Bestline Communications
500 Capital of TX Highway North
Reserve 8, Suite 200
Austin, TX 78746

BlueCross-BlueShield
BCBS Healthcare Service
Corporation
PO Box 731428
Dallas, TX 75373-1428

Bridgepoint Consulting, LLC
Mr. Bob Smith
6300 Bridgepoint Parkway
Building One, Suite 575
Austin, TX 78730

Capital One Bank, USA
PO Box 60559
City of Industry, CA 91716

Chase Bank
PO Box 15123
Wilmington, DE 19850

CT Corp - State of Delaware Rep.
Madison Corporate Team 1
8020 Excelsior Drive
Suite 200
Madison, WI 53717

Daniel J. Sullivan 344 75-380 *(via
First Class mail)*
FCI Fort Worth
Federal Correctional Institution
P.O. Box 15330
Fort Worth, TX 76119

Dell Business Credit
PO Box 5275
Carol Stream, IL 60197

Equity Commonwealth
Management LLC
Attn: Chief Operating Officer and
Genera
Two North Riverside Plaza, Suite
600
Chicago, IL 60606

FedEx
PO Box 660481
Dallas, TX 75266

George Halloran
484 Cypress Road
Rochester Hills, MI 48309

Guardian Dental
PO Box 824404
Philadelphia, PA 19182-4404

Hanover Insurance group
PO Box 580045
Charlotte, NC 28258-0045

Lasergraphics
20 Ada
Irvine, CA 92618

Luminus Systems
Mr. Gary Mueller
1775 Wiehle Avenue, Suite 400
Reston, VA 20190

Michael Conley
4210 Lakeway Blvd
Austin, TX 78734

Michael Wilkes
5813 York Bridge Circle
Austin, TX 78749

Pilot HSA, LLC
3070 Winward Plaza
Suite F815
Alpharetta, GA 30005

Principal Financial (Long Term
Disability)
Principal Financial Group
Grand Island
PO Box 14513
Des Moines, IA 50306

Sheppard Parker
4817 Twin Valley Drive
Austin, TX 78731

Susan Sullivan
11705 Woodland Hills Trail
Austin, TX 78732

Tak Kambara
221,0004, Kanagawa-ku
454-4-603
Nishioguchi
Yokohama, Japan 454-4-603

Ross-Co Investment Company, LP
Attn:  Mr. Kennard B. Ross
1305 Brians Meadow Cove
Austin, TX 78746-6757

Imadio LLC
7113 Seneca Falls Loop
Austin, TX 78739